AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia



| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| WILMAR ARISTO PABLOS-MIGUEL | ) | 2:26-MJ-00011 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED
JAN 2 0 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____01/16/2026_____ in the county of _____Kanawha_____ in the

_____Southern_____ District of _____West Virginia_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 42 U.S.C. § 408(a)(7)(B) | misuse of a Social Security Administration account number |

This criminal complaint is based on these facts:

On January 16, 2026, I participated in the execution of a federal search warrant at Rio Grande Mexican Restaurant, located at 502 1st Avenue, Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia. During the search, officers encountered defendant WILMAR ARISTO PABLOS-MIGUEL, an alien unlawfully present in the United States, who was working at the restaurant. In December 2025, special agents with Homeland Security Investigations concluded an I-9 audit of the restaurant and determined that defendant WILMAR ARISTO PABLOS-MIGUEL was using for work authorization and payroll purposes a Social Security Administration account number that was not assigned to him in violation of 42 U.S.C. § 408(a)(7)(B).

☐ Continued on the attached sheet.

s/Terrance Taylor
_____
*Complainant's signature*

Terrance Taylor, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____01/20/2026_____

_____
*Judge's signature*

City and state: _____Charleston, West Virginia_____

Dwane L. Tinsley, United States Magistrate Judge
_____
*Printed name and title*