(03/2025)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.   **CRIMINAL NO.** 2:26-mj-00011

WILMAR ARISTO PABLOS-MIGUEL

---

**This form applies to the above-entitled action only.**
**Select and complete the appropriate section of this form to:**
    (1)    to add your name as counsel of record;
    (2)    to change representation within your firm;
    (3)    to remove your name from the court's service list; or
    (4)    update your name and/or firm information.
**Withdrawal and/or Termination of Representation should be made in accordance with:**
**L R Cr P 44.4  Withdrawal and/or Termination of Representation**
No attorney who has entered an appearance in any criminal action shall withdraw the appearance or have it stricken from the record, except by order. **A defense attorney in any criminal case shall continue the representation until relieved by order of this court or the Court of Appeals. A motion to withdraw shall be accompanied by a notice of appearance of substitute counsel. In the absence of the appearance of substitute counsel, a motion to withdraw shall set forth sufficient information to enable the court to rule.**

---

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

I, Jonathan T. Storage    hereby provide this *Notice of*
*Name of Attorney and Bar Number*

*Change of Attorney Information* to the Court and request the Clerk's Office to:

☑   **Please add my name as counsel of record *in the above-entitled action only* as follows:**

My firm/government agency, United States Attorney's Office   has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the following party(ies) on whose behalf my firm/government agency has already made an appearance.

Name of Party(ies) Represented:

United States of America

☐ **Please change within-firm representation *in the above-entitled action only* as follows:**

My firm/government agency, _____
by _____ has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the following party(ies) on whose behalf _____ has appeared and further request the court to remove _____ from the court's service list for this case only.

Name of Party(ies) Represented:

---

☐ **Please remove me from the Court's services list *in the above-entitled action only*.**

I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

---

☐ **Please update my name and/or firm information *in the above-entitled action only* as follows:**

| | |
|---:|:---|
| Former name: | |
| New name: | |
| New firm/government agency name: | |
| New mailing address: | |
| City/State/Zip Code: | |
| New telephone number: | |
| New fax number: | |
| New e-mail address: | |

*(provide only if a registered CM/ECF e-filer)*

---

| | | |
|---:|:---|:---|
| Date: | January 20, 2026 | *s/*   Jonathan T. Storage |
| | | *s/ Electronic Signature* |
| | *State Bar number:* | 12279 |
| | *Firm/Government Agency:* | United States Attorney's Office |
| | *Mailing Address:* | 300 Virginia Street, East, Room 4000 |
| | *City/State/Zip Code:* | Charleston, West Virginia 25301 |
| | *Telephone number:* | 304-345-2200 |
| | *Fax number:* | 304-347-5104 |
| | *E-mail:* | Jonathan.Storage@usdoj.gov |